# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAREN E. RAE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security ) <br> Administration, ) <br> ) <br> Defendant. ) | Case No. 2:13-cv-00971-GMN-CWH <br><br> **ORDER** |

This matter is before the Court on Defendant's Motion for Stay During Lapse in Appropriations (#26), filed October 4, 2013. The undersigned has reviewed the motion and finds there is good cause for the requested stay. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Stay During Lapse in Appropriations (#26) is **granted**.

**IT IS FURTHER ORDERED** that the parties shall submit a new scheduling order within seven (7) days after the lapse in appropriations is resolved.

DATED this 7th day of October, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**